**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re:<br><br>Kenneth Dean Kuntz<br>1037 Arrow Wood Ct<br>Twin Falls, ID 83301<br><br>Social Security No.: xxx–xx–3238<br>Employer's Tax I.D. No.:<br><br>               Debtor<br><br>MeLynda Jean Kuntz<br>1037 Arrow Wood Ct<br>Twin Falls, ID 83301<br><br>Social Security No.: xxx–xx–7937<br>Employer's Tax I.D. No.:<br><br>              Joint Debtor<br><br>_____ | Case Number:    18–40824–JMM<br><br>Chapter Number: 7 |

**NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO POSSIBLE RECOVERY OF ASSETS**

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has notified the court that payment of a dividend to creditors appears possible.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address below on or before 90 days from the date of this notice.

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

A Proof of Claim form ("Official Form B410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose a copy of the claim (along with the original), and a stamped self–addressed envelope.

There is no fee for filing the proof of claim.

*Any creditor who has previously filed a proof of claim in this case need not file another claim.*


Dated: 12/6/18                                              Stephen W Kenyon
                                                                          Clerk, U.S. Bankruptcy Court

Address of the Bankruptcy Court:

U.S. Bankruptcy Court
801 East Sherman
Pocatello, ID 83201